UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MR. KENDRICK F. SHORTS                    CIVIL ACTION

VERSUS                                     NUMBER: 12-01648

MS. JERVETTA HOWARD                        SECTION: "G"(5)

**REPORT AND RECOMMENDATION**

This above-captioned matter previously came before the Court pursuant to Local Rule 72.1(B)(1) for a determination of pauper status under 28 U.S.C. §1915. Subsection (e)(2)(B)(i) of the latter statute directs that a court shall dismiss a case at any time if it determines that the action is frivolous or malicious.

Plaintiff is a pre-trial detainee who is currently being held at the Orleans Parish Prison,[1] having previously been housed in the Admissions/Special Security Area ("ASSA") of the Eastern Louisiana Mental health System ("ELMHS"). Plaintiff's cryptic

---

[1] See rec. doc. 4.

filings are not new to the Court[2]/ and, unfortunately, his complaint in the present case is no exception. As to the first page of plaintiff's complaint which bears a caption identifying Jervetta Howard as the sole defendant, as best as the Court can determine plaintiff complains of being struck in the head with a half of a jug of pickles back in 1985. On the second page of the complaint on which Mr. Allen of the CIA and "others" are identified as defendants, plaintiff appears to complain of being threatened with a weapon by those individuals some time in 1996. No statutes or caselaw being cited in plaintiff's complaint, it is not readily apparent under which law(s) he believes his cause(es) of action arise.

Notwithstanding the fact that plaintiff's complaint fails to comply with the pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure, he complains of no acts that occurred within the year prior to the date that he tendered his complaint to the court for filing. Plaintiff's complaint is prescribed on its face and should thus be dismissed as frivolous under §1915(e)(2)(B)(i). Graves v. Hampton, 1 F.3d 315, 319 (5th Cir. 1993); Elzy v. Roberson, 868 F.2d 793, 794 (5th Cir. 1989).

---

[2]/ See, e.g., Shorts v. Orleans Parish Prisoners, et al., 09-CV-7326 "F"(5); Shorts v. CIA-Police, MR, ALLEN, et al., 09-CV-6793 "F"(1); Shorts v. Of., Deputies Coworkers, et al., 06-CV-1796 "F"(5); Shorts v. Prison, et al., 06-CV-1793 "A"(5).

**RECOMMENDATION**

For the foregoing reasons, it is recommended that plaintiff's suit be dismissed as frivolous pursuant to 28 U.S.C. §1915(e)(2)(B)(i).

A party's failure to file written objections to the proposed findings, conclusions, and recommendation contained in a magistrate judge's report and recommendation within fourteen days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. Douglass v. United Services Auto. Assoc., 79 F.3d 1415 (5th Cir. 1996)(en banc).

New Orleans, Louisiana, this  21st  day of   September  , 2012.

_____
UNITED STATES MAGISTRATE JUDGE