UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KENDRICK F. SHORTS                                CIVIL ACTION

VERSUS                                            NUMBER: 12-1648

JERVETTA HOWARD                                   SECTION: "G"(5)

O R D E R

    The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation,[1] and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

    Accordingly,

    **IT IS ORDERED** that plaintiff's claims are dismissed with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(i).

New Orleans, Louisiana, this  22nd  day of      July      , 2013.

                                              Nannette Jolivette Brown
                                        UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. 8.